United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Juan Fernando Mosquera,<br>Petitioner, | )<br>)<br>) | |
| v. | ) | Civil Action No. 17-24604-Civ-Scola |
| | ) | |
| United States Of America,<br>Respondent. | )<br>) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 6, 2018, after appointing counsel and holding a hearing, Judge White issued a report, recommending that the Court dismiss Petitioner Juan Fernando Mosquera's 28 U.S.C. § 2255 federal habeas corpus petition. (Report of Mag. J., ECF No. 15.) Mosquera has not filed objections to the report and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling: at the hearing Mosquera withdrew his motion to vacate. After a colloquy, Judge White determined that Mosquera's withdrawal was knowing and voluntary.

The Court thus **affirms and adopts** Judge White's report and recommendation (**ECF No. 14**). Based on his withdrawal of the motion, Mosquera's petition is **dismissed without prejudice**. The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 27, 2018.

Robert N. Scola, Jr.
United States District Judge